UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 1:16-cv-23444-UU**

DOUGLAS LONGHINI,
Individually,

    Plaintiff,

v.

FABIO OSES and MARY OSES, as Tenants in Common, FRITANGA EL SABOR NICA, INC., a Florida for profit Corporation, and MAYAMEX LINDA, LLC, a Florida Limited Liability Company,

    Defendant(s).

_____ /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUGLAS LONGHINI, and the Defendant, MAYAMEX LINDA, LLC, (collectively the "Parties"), by and through their respective undersigned counsel file their Joint Stipulation of Dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The Parties entered into a confidential Mediated Settlement Agreement on December 12, 2016, and request that the Court retain jurisdiction to enforce the terms of the Parties' confidential settlement agreement. *See Anago Franchising, Inc., v. Shaz, LLC,* 677 F.3d 1272, 1280 (11th Cir. 2012).

Dated: December 15, 2016

| | |
|---|---|
| By:/S/ *Camilo F. Ortega* | By: *Martin E. Leach, Esq.,* |
| **CAMILO F. ORTEGA, ESQ.** | **MARTIN ERIC LEACH, ESQ.** |
| Florida Bar No.: 0075387 | Feiler & Leach |
| *Of Counsel To* | 901 Ponce De Leon Boulevard |
| LAW OFFICE OF GONZALEZ ZEPEDA | Penthouse |
| Park Place of Kendall | Coral Gables, FL 33134-3009 |
| 13386 SW 128th Street | Ph: 305-441-8818 |
| Miami, Florida 33186 | Fax: 441-8081 |
| Ph: (305) 251-5878 | Email: mel@flmlegal.com |
| Fax: (305) 251-5879 | **Counsel for the Defendant** |
| Service E-Mail: service@gzattorneys.com | **Mayamex Linda, LLC** |

**Counsel for Douglas Longhini**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **December 15, 2016**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Camilo F. Ortega, Esq
Camilo F. Ortega

## SERVICE LIST
Case Number: 1:16-cv-23444-UU

| **Service by CM/ECF** | **Service by CM/ECF** |
|---|---|
| Pablo F. Gonzalez, Esq., | Martin Eric Leach, Esq. |
| LAW OFFICE OF GONZALEZ ZEPEDA | Feiler & Leach |
| Park Place of Kendall | 901 Ponce De Leon Boulevard |
| 13386 SW 128th Street | Penthouse |
| Miami, Florida 33186 | Coral Gables, FL 33134-3009 |
| Ph: (305) 251-5878 | Ph: 305-441-8818 |
| Fax: (305) 251-5879 | Fax: 441-8081 |
| Service E-Mail: service@gzattorneys.com | Email: mel@flmlegal.com |
| Secondary E-Mail: Pablo@gzattorneys.com | Counsel for the Defendant |
| Counsel for the Plaintiff | Mayamex Linda, LLC |