UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-23444-UU

DOUGLAS LONGHINI,

    Plaintiff,

v.

MAYAMEX LINDA, LLC, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon Joint Stipulation of Dismissal with Prejudice. D.E. 43.

THIS COURT has reviewed the Stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1), all claims are DISMISSED WITH PREJUDICE. The Court retains jurisdiction over the Parties' Mediated Agreement for enforcement purposes only, with each Party to bear their own attorney's fees and costs, except for as agreed to in writing.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of December, 2016.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf